IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Curtis L. King, | ) | Civil Action No. 0:11-cv-01455-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| Officer Yancey D. Young, | ) | |
| | ) | |
| Defendant. | ) | |
| _____) | | |

Counsel for the parties have indicated that mediation by a Magistrate Judge may be helpful. Therefore, this case is referred to **United States Magistrate Judge Thomas E. Rogers, III**, for the purpose of serving as the mediator in this case. The mediation will be held within thirty (30) days of the issuance of this order.

Magistrate Judge Rogers is authorized to issue any orders, subpoenas or other directives as are necessary and appropriate to facilitate the mediation. A transportation order should be issued as soon as possible, providing at least two (2) weeks notice, to the South Carolina Department of Corrections to transport the plaintiff to the mediation. The transportation order should be sent to the General Counsel of the South Carolina Department of Corrections and to the Warden of Lee Correctional Institution, where the plaintiff is housed.

The mediation shall take place at the **United States Courthouse (McMillan Federal Building), 401 W. Evans Street, Florence, South Carolina**, on a date to be set by Magistrate Judge Rogers, with security by the U.S. Marshal. Any questions concerning the time and location of the mediation should be referred to Magistrate Judge Rogers' office at (843)676-3805. Any questions concerning the mediation process generally should be referred to the Court's ADR Program Director, Danny Mullis, at (843)579-1435.

The insurance adjuster will be allowed to participate in the mediation by telephone. All attorneys shall be allowed to bring cell phones into the courthouse while attending the mediation.

**AND IT IS SO ORDERED**.

April 9, 2014                                          s/R. Bryan Harwell
Florence, SC                                          R. Bryan Harwell
                                                                United States District Judge