UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Curtis L. King, | Civil Action No. 0:11-cv-01455-RBH |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| Officer Yancey D. Young, | |
| Defendant. | |

IT APPEARING that the above entitled matter has been ended between the Plaintiff and Defendant.

NOW THEREFORE, upon motion of Barnes, Alford, Stork & Johnson, LLP, attorneys for the Defendant, Officer Yancey D. Young, by and with the consent of the undersigned attorney for Plaintiff, Curtis L. King is hereby dismissed.

IT IS SO ORDERED, that the Complaint against the Defendant in the above-entitled action be dismissed with prejudice and forever ended.

**IT IS SO ORDERED.**

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

June 16, 2014
Florence, South Carolina

**WE SO MOVE AND CONSENT:**

BARNES, ALFORD, STORK & JOHNSON, LLP


  s/ Kay G. Crowe                                          .
Kay G. Crowe
1613 Main Street
Post Office Box 8448
Columbia, SC  29202-8448
(803) 799-1111
**Attorneys for the Defendant**


**WE SO MOVE AND CONSENT:**




  s/ W. Christopher Swett                            .
W. Christopher Swett, Esquire
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC  29465
**Attorneys for the Plaintiff**